```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0230--CV (JKS)
            "DAVID EDADES V HCR INC ET AL"

      Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
           Filed: 09/21/05
          Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (710) Fair Labor Standards Act
                  VIOLATION OF FAIR LABOR STANDARDS ACT
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $250.00 on 09/21/05 receipt # 00126627
         Trial by: Court
```

Parties of Record:                         Counsel of Record:

PLF 1.1          EDADES, DAVID             Joseph P. Josephson
                                           Josephson & Associates PC
                                           912 W. 6th Avenue
                                           Anchorage, AK 99501
                                           907-276-0151
                                           FAX 907-276-0155

DEF 1.1          HCR INC                   James H. Juliussen
                                           Davis Wright et al
                                           701 W. 8th Avenue, Suite 800
                                           Anchorage, AK 99501
                                           907-257-5300
                                           FAX 907-257-5399

DEF 2.1          HOPE COTTAGES             James H. Juliussen
                                           (see above)

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0230--CV (JKS)
                 "DAVID EDADES V HCR INC ET AL"

                     For all filing dates
```

```
 Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 09/21/05
          Closed: NO

    Jurisdiction: (3) Federal Question (US Govt not a Party)
   PLF Diversity:
   DEF Diversity:

   Nature of Suit: (710) Fair Labor Standards Act
                   VIOLATION OF FAIR LABOR STANDARDS ACT
          Origin: (1) Original Proceeding
          Demand:
      Filing fee: Paid $250.00 on 09/21/05 receipt # 00126627
        Trial by: Court
```

| Document # | Filed    | Docket text |
|------------|----------|-------------|
| 1 - 1      | 09/21/05 | Complaint filed; Summons issued. |
| 2 - 1      | 10/04/05 | DEF 1 Attorney Appearance of James H. Juliussen, Firm of Davis Wright Tremaine LLP. |
| 3 - 1      | 10/11/05 | DEF 1-2 Answer to Complaint. |
| 4 - 1      | 10/12/05 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/in 28 days from svc of this ord. cc: cnsl |
| 5 - 1      | 11/07/05 | DEF 1 Disclosure statement. |
| 6 - 1      | 11/10/05 | PLF 1; DEF 1-2 Scheduling & Planning Conference Report. |
| 7 - 1      | 11/22/05 | JKS Scheduling and Planning Order setting pretrial deadlines: Original discovery 03/31/06; Dispositive motions deadline 05/01/06; Estimate of trial 5 days; TBC. cc: cnsl |