James H. Juliussen
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Attorneys for Hope Community Resources, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID EDADES,<br><br>        Plaintiff,<br><br>vs.<br><br>HCR, INC., doing business as HOPE COMMUNITY RESOURCES, and HOPE COTTAGES,<br><br>        Defendant. | Case No. 3:05-cv-00230-(TMB)<br><br>STIPULATED MOTION TO EXTEND DISCOVERY |

The parties, by and through their attorneys of record, hereby submit this stipulated motion to extend discovery and following pretrial deadlines in the above referenced case. Specifically, the parties jointly move the court for an order establishing the following deadlines:

1.    Discovery shall be completed by May 31, 2006;

2.    Discovery motions shall be due on or before June 30, 2006; and

3. Dispositive motions and motions in limine shall be due on or before June 30, 2006.

The parties certify that this motion is not made for purposes of delay, but instead results from scheduling conflicts experienced by both parties. Remaining discovery includes depositions of parties, fact witnesses and expert witnesses, if identified. Additional written discovery is not expected.

Alternatively, the parties request a discovery conference.

DATED this 27th day of April, 2006.

> DAVIS WRIGHT TREMAINE LLP
> Attorneys for Hope Community Resources, Inc.
>
> By: /s/ James H. Juliussen
> 701 W 8th Avenue, Suite 800
> Anchorage, Alaska 99501
> Phone: (907) 257-5300
> Fax: (907) 257-5399
> jimjuliussen@dwt.com
> ABA: 9211082
>
> JOESPHSON & ASSOCIATES P.C.
> Attorneys for David Edades
>
> By: /s/ Joe P. Joesphson   (consented)
> 912 W 6th Avenue
> Anchorage, AK 99501
> Phone: (907) 276-0151
> Fax: (907) 276-0155
> jjosephson@aol.com
> ABA: 6102018

STIPULATED MOTION TO                     - 2
EXTEND DISCOVERY

Certificate of Service

I certify that on 27th day of April, 2006, a true and correct copy of the foregoing document was served electronically on the following:

Joseph P. Josephson

/s/ Kris Hamann