James H. Juliussen
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Attorneys for Hope Community Resources, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID EDADES,<br><br>    Plaintiff,<br><br>vs.<br><br>HCR, INC., doing business as HOPE COMMUNITY RESOURCES, and HOPE COTTAGES,<br><br>    Defendant. | Case No. 3:05-cv-00230-(TMB)<br><br>PROPOSED ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY |

The parties' stipulated motion to extend discovery to be completed May 31, 2006, discovery motions due on or before June 30, 2006, and dispositive motions and motions in limine due on or before June 30, 2006 is GRANTED.

DATED this _____ day of _____, 2006.

_____
The Honorable Timothy M. Burgess