James H. Juliussen
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Attorneys for Hope Community Resources, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID EDADES,<br><br>            Plaintiff,<br><br>vs.<br><br>HCR, INC., doing business as HOPE COMMUNITY RESOURCES, and HOPE COTTAGES,<br><br>            Defendant. | Case No. 3:05-cv-00230-(TMB)<br><br>STATUS REPORT |

Pursuant to the court's May 9, 2006 order, the parties submit the following status report:

A.   Nature of the Case

    1.    The lead attorneys on the case: Joe P. Josephson for plaintiff David Edades, and James H. Juliussen for defendant Hope Community Resources, Inc. (incorrectly identified in the caption as "HCR, Inc.").

2. Basis for federal jurisdiction: Federal claim for unpaid wages under the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. 216(b).

3. Nature of the claims asserted in the complaint and any counterclaims: Plaintiff has asserted claims for (1) unpaid overtime, liquidated damages, costs and attorney's fees under the FLSA, and (2) wrongful termination in violation of Alaska's implied covenant of good faith and fair dealing. There are no counterclaims.

4. Name of any party that has not been served and the nature of the non-service: All parties have been served.

5. Principal legal issues: Whether defendant's sleep time policies violated the overtime provisions of the FLSA and whether plaintiff's termination violated Alaska's implied covenant of good faith and fair dealing.

6. Principal factual issues: Whether defendant's personnel policies and practices constituted a sleep time agreement within the meaning of the FLSA and whether defendant's termination of plaintiff violated Alaska's implied covenant of good faith and fair dealing.

B. Discovery

1. Brief description of completed discovery and any remaining discovery: The parties have exchanged initial disclosures and completed written discovery. Plaintiff's deposition remains to be taken.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

STATUS REPORT - 2
88984v1 23564-60

2. Brief description of any pending motions and anticipated motions: There are no pending motions. Defendant anticipates that a case dispositive motion for summary judgment will be filed after the close of discovery.

3. Brief description of any previously entered rulings on substantive issues: None.

4. Any previously filed status reports: None.

C. Trial

1. If trial is anticipated, how long the trial will take, and whether a jury is requested: At this point, trial is anticipated, the trial is expected to last 5 days, and a jury has not been requested.

D. Settlement

1. Status of any settlement discussions and whether the parties request a settlement conference: No settlement discussions have occurred. Whether the parties will request a settlement conference is not presently known.

STATUS REPORT                - 3
88984v1 23564-60

DATED this 23rd day of May, 2006.

        DAVIS WRIGHT TREMAINE LLP
        Attorneys for Hope Community Resources, Inc.

By:   /s/ James H. Juliussen
       701 W 8th Avenue, Suite 800
       Anchorage, Alaska 99501
       Phone: (907) 257-5300
       Fax: (907) 257-5399
       jimjuliussen@dwt.com
       ABA: 9211082

JOSEPHSON & ASSOCIATES P.C.
Attorneys for David Edades

By:   /s/ Joe P. Josephson  (consented)
       912 W 6th Avenue
       Anchorage, AK 99501
       Phone: (907) 276-0151
       Fax: (907) 276-0155
       jjosephson@aol.com
       ABA: 6102018

STATUS REPORT     - 4
88984v1 23564-60

Certificate of Service

I certify that on 23rd day of May, 2006, a true
and correct copy of the foregoing document was served
electronically on the following:

       Joseph P. Josephson

       /s/ Kris Hamann

STATUS REPORT — - 5
88984v1 23564-60