James H. Juliussen
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399
jimjuliussen@dwt.com

Attorneys for Hope Community Resources, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID EDADES,<br><br>   Plaintiff,<br><br>vs.<br><br>HCR, INC., doing business as HOPE COMMUNITY RESOURCES, and HOPE COTTAGES,<br><br>   Defendant. | Case No. 3:05-CV-00230-(TMB)<br><br>**PROPOSED ORDER GRANTING SUMMARY JUDGMENT** |

THIS COURT having considered Defendant's Hope Community Resources, Inc.'s Motion for Summary Judgment, and the record and pleadings herein, and considering it fully advised, NOW, THEREFORE,

IT IS HEREBY ORDERED that defendant's Motion for Summary Judgment is GRANTED.

DONE this _____ day of _____, 2006.

_____
The Honorable Timothy M. Burgess
United States District Court Judge

Certificate of Service

I certify that on the 30th day of June, 2006, a true and correct copy of the foregoing document was served electronically on the following:

    Joseph P. Josephson

_____/s/ Kris Hamann_____

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

PROPOSED ORDER GRANTING MOTION FOR SUMMARY JUDGMENT -- 2
91273v1  23564-60