James H. Juliussen
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Attorneys for Hope Community Resources, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID EDADES,<br><br>          Plaintiff,<br><br>vs.<br><br>HCR, INC., doing business as HOPE COMMUNITY RESOURCES, and HOPE COTTAGES,<br><br>          Defendant. | Case No. 3:05-cv-00230-(TMB)<br><br>**NOTICE OF FILING UNSIGNED AFFIDAVIT OF KATHY PROULX-HENDRICKSON** |

Defendant Hope Community Resources, Inc. ("Hope"), by and through counsel, hereby gives notice of filing the unsigned Affidavit of Kathy Proulx-Hendrickson. The original has been sent to Ms. Proulx-Hendrickson for her signature and will be filed with this court immediately upon receipt

Dated this 30th day of June, 2006.

          DAVIS WRIGHT TREMAINE LLP
          Attorneys for Hope Community Resources, Inc.

By: /s/ James H. Juliussen
     701 W 8th Avenue, Suite 800
     Anchorage, Alaska 99501
     Phone: (907) 257-5300
     Fax: (907) 257-5399
     jimjuliussen@dwt.com
     ABA: 9211082

Certificate of Service

I certify that on the 30th day of June, 2006, a true and correct copy of the foregoing document was served electronically on the following:

Joseph P. Josephson

/s/ Kris Hamann

NOTICE OF FILING UNSIGNED    - 2
AFFIDAVIT OF KATHY
PROULX-HENDRICKSON
91274v1 23564-60

James H. Juliussen
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Attorneys for Hope Community Resources, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID EDADES,<br><br>        Plaintiff,<br><br>vs.<br><br>HCR, INC., doing business as HOPE COMMUNITY RESOURCES, and HOPE COTTAGES,<br><br>        Defendant. | Case No. 3:05-CV-00230-(TMB) |

### AFFIDAVIT OF KATHY PROULX-HENDRICKSON

STATE OF ALASKA   )
                  ) ss.
THIRD JUDICIAL DISTRICT )

    Kathy Proulx-Hendrickson, being first duly sworn on oath, deposes and says as follows:

    1.    I am the Deputy Director of Human Resources and Risk Management for Hope Community Resources, Inc. ("Hope") and have been employed in that same

capacity during all times relevant to the above-captioned case. I am competent to testify regarding the matters set forth herein, and do so based upon personal knowledge, and upon a review of the records maintained by Hope in the ordinary course of business.

2. Attached hereto as Exhibit A is a true and accurate copy of Hope's Home Alliance Coordinator job description in effect during the employment of David Edades ("Edades"). The job description accurately describes the duties required of that position by Hope.

3. Attached hereto as Exhibit B is a true and correct copy of the work improvement program implemented for Edades on August 16, 2004. All statements contained in Exhibit B are true and correct.

4. Attached hereto as Exhibit C is a true and correct copy of the Employee Continuing Disciplinary Action Record supporting Edades' termination. All statements contained in Exhibit C are true and correct.

5. Edades complained on a variety of occasions that transporting clients for day habilitation purposes was not part of his job, and that, in his opinion, those services should have been provided by a day habilitation specialist. Although Hope at one time provided day habilitation services through a separate department, Hope stopped doing so three or four years ago. On each occasion that Edades complained about transporting clients for day habilitation purposes, Hope explained the change in procedures to him, and informed him that providing day habilitation services to clients was a part of his job. The primary purpose of day habilitation services is to facilitate and strengthen a client's

AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT-- 2
91134v1  23564-60

integration into the community. Hope bills the State of Alaska for all approved day habilitation services if and when such services are provided. There is no requirement that the services be provided by a "specialist." Instead, day habilitation services can be provided by any Hope employee who is familiar with the particular needs and interests of the client.

_____
Kathy Proulx-Hendrickson

SUBSCRIBED AND SWORN TO before me this _____ day of June, 2006.

_____
Notary Public in and for Alaska
My commission expires:_____

Certificate of Service

I certify that on the 30th day of June, 2006, a true and correct copy of the foregoing document was served electronically on the following:

Joseph P. Josephson

_____/s/ Kris Hamann_____

AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT-- 3
91134v1  23564-60

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399