*HOPE COMMUNITY RESOURCES, INC.*                    *JOB DESCRIPTION*

| JOB TITLE | AUTHORIZATION | EFFECTIVE DATE | PAGE NUMBER |
|---|---|---|---|
| Home Alliance Coordinator | | 11/13/01 | Page 1 of 4 |

**CLASSIFICATION:**     Non-Exempt

**GENERAL DEFINITION:**

As a member of the person centered team, the Home Alliance Coordinator supports people in meeting their life goals as directed by the individual or their legal guardian and the agency's Ten Valued Outcomes. The Home Alliance Coordinator is responsible for implementing the Individual Support Plan and Plan of Care, and supervises Individual Support Specialists who are scheduled to work in the home. The Home Alliance Coordinator assures that services address the health and safety needs of the individuals residing in the home and provides positive learning and inclusion opportunities. The Home Alliance Coordinator plays a pivotal role in the support triangle and provides supports that result in achieving the Agency's Ten Valued Outcomes. This position requires that the Home Alliance Coordinator live in the home of the individuals receiving supports. The Home Alliance Coordinator is responsible for being in the home unless accompanying an individual out into the community, conducting agency business, on approved time away or on a designated day off.

**REPORTS TO:**     The individual, their team, and the Home Alliance. The Home Alliance Coordinator is directly supervised by the Community Support Supervisor

**ESSENTIAL JOB DUTIES:**

1. Facilitate, coordinate, and participate in Home Alliance meetings.

2. Implements support services as outlined in the Individual Support Plan, Personal Futures Plan, and Plan of Care, including, but not limited to, activities of daily living, day habilitation, employment, inclusionary activities, and active learning.

3. Develop written implementation schedules to assist the individual in meeting the goals outlined in the Individual Support Plan, Personal Futures Plan, and Plan of Care.

4. Assists in the development of Individual Support Plans, interaction guidelines, and Plans of Care. Provide the initial draft of the Individual Support Plan to the Care Coordinator. The Home Alliance Coordinator will participate in all person centered team meetings.

5. Assure appropriate maintenance, cleanliness, and safety of physical site and home vehicle including the timely submission of all maintenance requests, vehicle safety checklists, vehicle accident reports, and incident reports.

EXHIBIT A
Page 1 of 4

*HOPE COMMUNITY RESOURCES, INC.*                                    *JOB DESCRIPTION*

| JOB TITLE | AUTHORIZATION | EFFECTIVE DATE | PAGE NUMBER |
|---|---|---|---|
| Home Alliance Coordinator | | 11/13/01 | Page 2 of 4 |

6.  Verify, approve, and quality assure timecards, daily log notes, day habilitation tracking, and other documentation generated by staff working in the home.

7.  Assures each individual participates safely in a wide range of age-appropriate community activities, networking with clubs, community organizations, and associations.

8.  Provides direct care as needed in various activities such as personal finances, shopping, meal preparation, and activities of daily living, which include bathing, toileting, dressing, housekeeping, laundry, etc.

9.  Performs lifting duties safely and uses appropriate techniques and body mechanics when performing job duties.

10. Assures wholesome meal preparation, focusing on individual dietary needs and cultural preferences.

11. Honors each individual's cultural heritage through a variety of community activities.

12. Operates the home within budgetary guidelines and monitors individuals' finances.

13. Maintain Home License and requirements for re-licensure.

14. Completes and routes all required agency paperwork and documentation in a timely and accurate manner.

15. Assures the efficient and effective functioning of the home and that it represents the individuals' cultural heritage and choice of decorations and furnishings.

16. Assures proper maintenance of grounds (i.e. lawn mowing, snow removal).

17. Coordinates transportation to meet individuals' needs including, but not limited to, public transportation, back up van driving duties, and accompanying individuals to work, activities etc.

18. Under the supervision of the Community Support Supervisor, supervises, evaluates, counsels, and disciplines Individual Support Specialists working in the home. Duties include developing staff schedules to meet the needs of individuals living in the home, assuring completion of shift tasks, schedules staff meetings as needed, and provides training as assigned.

EXHIBIT A
Page 2 of 4

**HOPE COMMUNITY RESOURCES, INC.**                    *JOB DESCRIPTION*

| *JOB TITLE* | *AUTHORIZATION* | *EFFECTIVE DATE* | *PAGE NUMBER* |
|---|---|---|---|
| Home Alliance Coordinator | | 11/13/01 | Page 3 of 4 |

19. Develop, update, and provide training on the Home Orientation Book for staff working in the home, assure all staff have reviewed and understand its' contents.

20. Under the direction of the individual's physician and/or Hope nursing staff, assist the individual to correctly take medication and document the same.

21. Maintains consistent positive communication with the family and/or the guardian of the individuals supported.

22. Maintains positive communication with all team members including Care Coordinators, Community Support Specialists, and Individual Support Specialists in order to assure the delivery of services and supports to individuals and to provide a positive work environment for all staff.

23. Accepts responsibility for tasks not otherwise specified, but which are in the best interest of individuals served or the agency.

24. Maintains regular contact with supervisor to assure approval for any deviations to the staffing schedule, changes in HAC designated days off or time away from home.

**TEAMWORK:**

Actively participates on person-centered teams and agency teams. Within a team profile: works toward a common goal, develops its members' skills, efficiently uses its time and talents, embraces the diversity of its members, is committed to continuous improvement, builds morale internally, performs effectively and produces results, accepts praise and criticism, cooperates rather than competes, maintains a positive attitude toward everyone's ideas, stays on task, uses resources wisely, communicates openly, teaches and learns from team members, resolves conflicts effectively, welcomes challenges, shares pride in team accomplishments, celebrates successes.

**KNOWLEDGE, SKILLS AND ABILITIES:**

1. High school diploma; Bachelor's Degree in Human Services field with concentration of study in areas related to developmental disabilities preferred.

2. An equivalent combination of related education and experience may substitute for degree requirement.

EXHIBIT A
Page 3 of 4

| HOPE COMMUNITY RESOURCES, INC. | | | JOB DESCRIPTION |
|---|---|---|---|
| JOB TITLE | AUTHORIZATION | EFFECTIVE DATE | PAGE NUMBER |
| Home Alliance Coordinator | | 11/13/01 | Page 4 of 4 |

3. Must be 21 years of age or older.

4. Observation skills necessary to identify potential health and safety issues.

5. Ability to live in home and provide ongoing supports 24-hours per day as needed with usual schedule of 16 hours of work and 8 hours of sleep per day.

6. Commitment to promoting and implementing the agency's Ten Valued Outcomes.

7. Ability to lift 50 pounds.

8. Ability to demonstrate understanding of supporting people to have regular lives and employment, person centered planning, personal futures planning, customer satisfaction and individualized supports.

9. Ability to successfully complete all agency and team training requirements.

10. Ability to handle emergency situations in a calm and professional manner.

11. Ability to communicate effectively and maintain a positive attitude with persons receiving support, parents, other staff and professionals, and the public.

12. Ability to exercise patience, understanding, flexibility, people first philosophy, and demonstrate concerns for each individual's health, confidentiality, safety, development and enjoyment of life.

13. Ability to effectively advocate for individual interests while dealing with agency personnel, other human service agencies, and other community organizations/members.

14. Possess a valid Alaska Driver's license and the ability to safely operate agency vehicle when needed, possess reliable transportation and vehicle insurance while transporting individuals.

15. Ability to communicate effectively in written and oral form, follow oral and written instructions, meet deadlines and follow schedules with minimal supervision.

16. Ability to obtain a tuberculin clearance at time of employment and annually thereafter.

EXHIBIT A
Page 4 of 4