## Employee Work Improvement Program

**Employee Name:** David Edades  **Date:** August 16, 2004
**Position/Title:** Home Allicance Coordinator/Ticonderoga

The following **30** - day Work Improvement Program is designed to monitor total job performance including specific tasks, as outlined below.

_____  I. **Areas that need improvement:**
*Initials*  **Cleanliness of the house**
**Deficiencies noted:**
 Dried pool of urine on the bathroom floor
 Toliet had not been cleaned, missing toilet seat
 5" strip of dirt in front of the bath tub
 No shower curtain on the bath tub
 Telephone was visibly dirty
 House had not been vacummed

**Corrective Action:**
 David must maintain the cleanliness of the house on a consistant basis. He must turn in maintenance request/purchase order for items necessary for the bathroom when in need of repair.

**Results expected:**
 House will be maintained in an appropriate manner to which the expectations of Hope are meant.

_____  II. **Areas that need improvement:**
*Initials*  **Communication Skills**

**Deficiencies noted:**
 During a conversation with the Network Director of Net #4, David became agitated with her and hung up on her resulting in insubordination.

**Corrective Action:**
 David must take an active listening class to improve his listening and communication skills.

**Results expected:**
 David will communicate with staff, supervisors, directors etc. in a professional and positive manner at all times.

EXHIBIT B
Page 1 of 3

HCR0368

A ___30___ - day review of the Work Improvement Program will be scheduled to discuss performance and progress concerning the items identified. The final date for review of the Work Improvement Program will be **September 16, 2004.**

During the ___30___ - day Work Improvement Program, additional specific tasks within the intent of the job description may be identified and added to the Work Improvement Plan. Measurement criteria will be determined at the time the task is added.

At any time during the Work Improvement Program when performance progress is judged not to be adequate, additional disciplinary action up to and including termination may be taken with the approval of the Executive Director.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

My signature below indicates that I received information on _____
_____ areas of my job performance, which are in need of improvement.

_David B. Edades_ / _8/16/04_
**Employee Signature** / **Date**

_Shawki'nakeuma_ / _8/16/04_
**Supervisor Signature** / **Date**

_Sheri LeDue_ / _8/16/04_
**Network Director Signature** / **Date**

_____ / _____
**Administrator of Human Resources Signature** / **Date**

| AUTHORIZATION TO IMPLEMENT _/M/_ Administrator of Human Resources (Initials) |

EXHIBIT _B_
Page _2_ of _3_

HCR0369

*Meetings with employee to review progress of Work Improvement Plan*

8/26/04
Date

_Pam Hawkins_
**Supervisor Signature**

_employee refused to sign_
**Employee Signature**

_____
Date

_____
**Supervisor Signature**

_____
**Employee Signature**

_____
Date

_____
**Supervisor Signature**

_____
**Employee Signature**

_____ has/has not met all the requirements of this WIP as of _____.

_____ (Supervisor Signature)

\* Conversation regarding confidentiality - per telephone conversation between John Steffen & Elisa Orcutt - see attached documentation.

EXHIBIT B
Page 3 of 3

HCR0370