## EMPLOYEE CONTINUING DISCIPLINARY ACTION RECORD

Employee Name: David Edades  
Position/Title: Home Alliance Coordinator  
Date: 9/2/2004  
Network/Team: 4

| | | |
|---|---|---|
| Previous re-direction has occurred 7/16/04 & 8/26/04 | X Yes | No |
| Previous counseling has occurred 8/9/04 | X Yes | No |
| Previous verbal warning has occurred (If yes, date last re-direction counseling/warning occurred) 8/26/04 | X Yes | No |
| Previous continuing discipline has occurred (If yes, date last discipline occurred) 8/27/04 | X Yes | No |

I. The following statements support:

   Written Reprimand          ☐ Suspension

   _Work Improvement Plan

   X_ Termination

   Effective _September 2, 2004

II. Incident requiring Continuing Discipline.

   1. There was an incident on 8/25/04 where Mr. Edades left the home and left the individual with someone not authorized to work in the home or scheduled to work there. On 8/27/04, at 4:30 p.m., Mr. Edades was notified he was being placed on suspension and that his supervisor would collect his house keys around 9:30pm. Mr. Edades stated that the guardians had called and he told them he was suspended and that his supervisor was coming at 9:30pm.

   2. Upon entering the house at 9:30pm, Mr. Edades, his wife, and the guardians proceeded to yell and scream at the supervisor, telling her that she could not tell them to leave. The Edades refused to leave the home as requested by the supervisor, and said we should call the police if we want them to leave. Several attempts were made to redirect Mr. Edades to behave in a more controlled and appropriate manner.
   **(See documentation dated 8/30/04 from CSS)**

   3. It was discovered on 9/1/04, by on-call staff and a the home nurse that there have been medication errors that were not reported to the nurse, supervisor. There are no incident reports on file for these medication errors. When questioned about the unsecured meds, Mr. Edades initially stated he did not know anything about them. After 5 minutes passed, he stated that he knew they were missed medications and he had placed them in a plastic pouch. He stated they were old medication.

   4. On 9/1/2004, his supervisor and Network Director, discovered a lot of rodent feces in drawers, HAC living quarters and on the floors. Mr. Edades stated he knew about the rodents. This creates a health and safety issue regarding the living environment of individuals receiving Hope's supports. Mr. Edades should have reported this to his supervisor and asked for an exterminator to take care of the problem.

III. Documentation of prior re-direction counseling, warning, or discipline should be attached.
   Written reprimand dated **August 16, 2004**
   Work improvement plan dated **August 16, 2004**

EXHIBIT C  
Page 1 of 3

HCR0149

IV.     Related policy and/or procedure to support action

    Best Practice - Confidentiality:: #3.
    Personnel Policy VIII, Authority to Discipline/Terminate
    Medication Policy #7, #8, #9 & #10.
    Best Practice- Assurance of Health and Safety Physical Environments

Disciplinary Action
Page 2 of 2

**Home Alliance Coordinator Job Description: #20:** The responsibility of an HAC is to assist the individual's to correctly take medication and document that is has been given appropriately. Medications must be secured and accounted for. If medications are missed it is an error and must be documented on an incident report and forwarded to the supervisor. Mr. Edades stated that he had not completed an incident report(s) and had not informed his supervisor or a nurse. Some of the found medication was from 2000. Twelve bottles of medication and loose unaccounted for medication were found in the kitchen cabinets unsecured.

**Discipline/Termination: 2 (b):** Misconduct shall be defined as those situations involving gross employee Misbehavior on the job, refusal to carry out job responsibilities, wrongful use or taking of Hope property, Or conviction of a job-related felony. **Misconduct shall also apply to an employee's behavior/conduct On or off the job which, in the opinion of management, could endanger or jeopardize individuals, Employees, and/or the image/reputation of Hope.**

V.     Corrective action to be taken by employee and expected timeframes.

    Termination of employment.

VI.     Summary of action taken:

    **Termination**

VII.     Signatures (for written reprimands or work improvement plans)

I hereby acknowledge that the above situation was discussed with me and I have had an opportunity to comment.

Employee Comments:

_____
_____
_____
_____

_____ / _____
Employee's Signature      Date

_[signature]_ / 9/3/04
Supervisor's Signature      Date

_[signature]_ / _____
Supervisor's Title      Date

_[signature]_ / 9/3/04
Other Signature as Required      Date

_[signature]_ 9/3/04

Copy given to Mr. Edades - He chose not to sign. KRO

EXHIBIT C
Page 2 of 3

HCR0150

Title: _____

Network Director Review _____ (Initial)    Employee's Initials: _____

Administrator of Human Resources Review _____ (Initial)

********************************************************************************

AUTHORIZATION TO IMPLEMENT _KBA_ 9/2/04 Administrator of Human Resources (Initial)

********************************************************************************

VIII.   Initialed review for cases requiring disciplinary suspension or termination.

    Department Head Review _____ (Initial)

    Deputy Director Review _____ (Initial)

IX.   Authority to Terminate
    Executive Director _____

EXHIBIT _C_
Page _3_ of _3_

HCR0151