Joe P. Josephson
Josephson & Associates, P.C.
912 West Sixth Avenue
Anchorage, Alaska 99501
(907) 276-0151

Attorney for David Edades
_____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

_____
DAVID EDADES,                       )
                                    )
        Plaintiff,                  )
                                    )
                                    )
    v.                              )
                                    )
HCR, INC., doing business as        )
HOPE COMMUNITY RESOURCES, and       )
HOPE COTTAGES,                      ) Case No. 3:05-CV-00230(TMB)
                                    )
        Defendant.                  )
_____ )

**UNOPPOSED MOTION TO EXTEND THE TIME WITHIN WHICH
AN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Comes now David Edades, Plaintiff, by and through Joe P. Josephson, his attorney, respectfully moves to extend the time within which plaintiff's opposition to the defendants' pending motion for summary judgment may be served and filed (from Tuesday, July 18, 2006, to Monday, July 31, 2006).

This motion is unopposed, in that the defendants' attorney of record, James Juliussen, has authorized the undersigned to inform the court that the defendants do not

oppose entry of an order granting this motion.

DATED July 18, 2006, at Anchorage, Alaska.

Respectfully Submitted:

_____/s/ Joe P. Josephson_____
Joe P. Josephson
Alaska Bar No. 6102018
Attorney for Plaintiff
912 W. 6th Ave.,
Anchorage, Alaska  99501
Facsimile (907) 276-0151
Telephone (907) 276-0155
jjosephson@aol.com

Certificate of service

I certify that on the 18th day
of July, 2006, a true and correct
copy of the  foregoing document was
served electronically on the following:

James H. Juliussen

_____/s/ Joe P. Josephson_____