```
Joe P. Josephson
Josephson & Associates, P.C.
912 West Sixth Avenue
Anchorage, Alaska 99501
(907) 276-0151

Attorney for David Edades
```
_____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID EDADES, ) | |
| ) | Case No. 3:05-CV-00230(TMB) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HCR, INC., doing business as ) | |
| HOPE COMMUNITY RESOURCES, and ) | **(PROPOSED) ORDER** |
| HOPE COTTAGES, ) | |
| ) | |
| Defendant. ) | |

Plaintiffs' motion for extension of time is GRANTED. Plaintiffs shall have until July 31, 2006 to file opposition to motion for Summary Judgment.

Dated this _____ day of July, 2006.

_____
Timothy M. Burgess
U.S. District Court Judge