```
Joe P. Josephson
Josephson & Associates, P.C.
912 West Sixth Avenue
Anchorage, Alaska 99501
(907) 276-0151

Attorney for David Edades
```
_____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
DAVID EDADES,                  )
                               )
            Plaintiff,         )
                               )
vs.                            ) Case No. 3:05-cv-00230-(TMB)
                               )
HCR, INC., doing business as   )
HOPE COMMUNITY RESOURCES, and  )
HOPE COTTAGES,                 )
                               )
            Defendant.         )
_____)
```

**MOTION TO ACCEPT ONE DAY LATE FILING OF MEMORANDUM FOR PLAINTIFF OPPOSING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW, David Edades, by and through his attorney, Joe P. Josephson, and, hereby requests that the Court accept the Plaintiff's opposition to motion for summary judgment one day late due to technical difficulties. The memorandum was due July 31, 2006. It is believed that the one day delay is not prejudicial to other party.

DATED August 1, 2006 in Anchorage, Alaska.

/s/ Joe P Josephson
912 West 6th Ave
Anchorage AK 99501
Phone: (907) 276-0151
Fax: (907) 276-0155
E-mail: jjosephson@aol.com
Alaska Bar No. 6102018

Certificate of service

I certify that on the 1$^h$ day
of August, 2006, a true and correct
copy of the  foregoing document was
served electronically on the following:

James H. Juliussen

　　　/s/ Joe P. Josephson_____