IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID EDADES, ) <br> ) <br>       Plaintiff,) <br> ) <br> vs. ) <br> ) <br> HCR, INC., doing business as ) <br> HOPE COMMUNITY RESOURCES, and ) <br> HOPE COTTAGES, ) <br> ) <br>       Defendant.) <br> _____) | Case No. 3:05-cv-00230-(TMB) |

## **(PROPOSED) ORDER GRANTING MOTION TO ACCEPT ONE-DAY LATE FILED OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

The Court having received DAVID EDADES'S Motion to Accept a One-Day Late Filed Memorandum for Plaintiff Opposing Defendant's Motion for Summary Judgment,

IT IS HEREBY ORDERED that said request be, and hereby is, granted and that the brief submitted August 1, 2006, be, and hereby is timely filed.

DATED this ___ day of _____, 2006.

_____
Timothy M. Burgess
U.S. District Court Judge