# HOPE COMMUNITY RESOURCES

*BEST PRACTICE*

| | Authorization | Implementation Date | Page Number |
|---|---|---|---|
| Medication Procedure | [signature] | June 1, 2002 | Page 1 of 6 |
| | | Replaces | |
| | | October 1, 2001 | |

Hope Community Resource expects each employee to provide safe and conscientious individualized services to every person choosing to receive supports. When an individual receiving supports requests (requires) assistance with medication, that person will be assisted by staff who have successfully completed a standardized medication course and skills training. This training will be done by an approved Nurse Trainer.

Safe and conscientious medication administration requires, in addition to initial and ongoing training, effective communication, documentation, and monitoring of skills. Hope will provide each employee with specific written procedures in the areas of medication assistance, documentation, communication and error prevention/reporting. These procedures will be sufficiently detailed to provide a standard of service delivery but general enough to allow individualization based on consumer choice and ability.

Additional specialized training related to a specific individual and their medications shall be provided to ensure competency of staff to assist that individual with their meds. Staff will only assist individuals for whom they have been individual/specifically trained.

## STORAGE OF MEDICATIONS

For individual safety and pharmaceutical security, all medications will be controlled either by the individual maintaining his/her medication on their person or by storing the medication in a locked cabinet or box used exclusively for the purposes of securing and storing medications. Controlled drugs shall be stored in a locked compartment within the locked medicine container, cabinet or closet. Family residences with four (4) or fewer individuals may store medications in unlocked containers if, in the judgment of the home provider and the nurse trainer and supervisor of the residence, such storage will be likely to prevent use of individual medications other than as prescribed. All medications will be stored in their original prescription containers. If a medication requires refrigeration, it will be stored in a locked box or compartment in the refrigerator.

Access to medications will be limited to staff who are authorized to administer or distribute the medications for that individual in that program or home. Each program will maintain a list or documentation of staff currently authorized to distribute or administer medications in that program or household.

When an individual has a physician's written authorization to self-medicate and maintain possession of his/her own medications, the Nurse Trainer and, when applicable, the guardian must also be consulted before this is instituted. In order for an individual to maintain possession of their own medications, provisions will be made for securing that individual's medication in his/her room or possession. (The self-medicating individual may store his/her medication in a locked box, drawer or cabinet in their own room, or in their possession, and will control access to that place themselves.)

HCR0352

*Exhibit 1*