# Hope Community Resources, Inc.
## Annual Performance Evaluation

Employee Name:  David Edades                Job Title:  Team Coordinator

Network:  4                                 Supervisor:  Julie R. Mettler

Date of                                     Evaluation Period
Evaluation:  1/24/00                        Based From:  1/28/99    To:  1/24/00

Date of Hire:  1/28/99

**A. QUALITY OF WORK** (Includes Accuracy): Ability of employee to provide quality. Consider carelessness, excessive hurry, inexperience, and/or need for training.

☐ Product or work performance is poor quality. Errors are frequent.

☐ Work is incomplete. Requires frequent direction to improve quality. Recurrent errors.

☐ Work/product meets acceptable quality standards. Requires minimal direction. Usually accurate.

☒ Work is consistently of high quality. Requires very little supervisory direction.

☐ Consistently thorough in carrying out all details of job and error free. Final product nearly perfect.

Comments: David has worked well with the amount of training he has received. Goals for the next year will focus on increasing his training in various skill areas.

**B. QUANTITY OF WORK**: The amount of work performed relative to standards. Consider effort, good use of time and training.

☐ Work output is inadequate to meet job requirements.

☐ Slow. Below average volume of work. Does just enough to get by.

☐ Volume of work is satisfactory. Output is sufficient to meet minimum job requirements.

☒ Very industrious. Does more than expected. Often exceeds deadlines or schedules.

☐ Regularly exceeds an established standard of productivity. Consistently willing to do additional work. May accomplish special projects.

Comments: David performs above average in the areas of personal care and home maintenance. David completes many tasks which could be shared by his support team. Goals for the year will focus on developing a strong "team".

*Exhibit 2*

C. **CUSTOMER SERVICE**: Is perceived by customers as dependable and responsive to customer requirements. Is able to get positive results in adverse situations. Consider level of courtesy and friendliness extended to the customer. Ability to maintain customer confidence and trust. Works cooperatively with other employees in meeting customer expectations/needs. Internal Customers represent fellow HCR employees; Direct Customers represents individuals receiving supports, parents, guardians and families; External Customers represents other service providers, doctors, school districts etc.

| INT. | Direct | EXT. | |
|---|---|---|---|
| ☐ | ☐ | ☐ | Blunt. Distant and aloof. Does not appear to care if others are satisfied. Rarely acts in ways that promote courtesy or service. Makes little effort to sustain favorable image. May arouse customer anger. |
| ☒ | ☐ | ☐ | Occasionally acts in ways to promote good service. Sometimes lacks follow through. Sometimes makes an inappropriate comment. |
| ☐ | ☒ | ☒ | Promotes a favorable image and manages most customer interactions appropriately. Approachable. Respond promptly to customer inquires. Readily assists customer to provide good service. Gives priority to satisfying others. |
| ☐ | ☐ | ☐ | Frequently exceeds a job responsibility to satisfy customers. Is cheerful and friendly. |
| ☐ | ☐ | ☐ | Inspires others to be courteous and very pleasant. Excellent at establishing goodwill. Exemplary customer service. |

Comments: David has exhibited inappropriate communications with fellow employees on at least 1 occasion. David's interaction with parents, guardians and the individuals he supports appears to be professional and appropriate.

D. **SAFETY**: The degree to which an employee adheres to safety standards in the performance of their job and participates in safety related activities.

☐   Disregard of safety policies/procedures. Often seen not wearing personal protective equipment and/or safe clothing. Does not utilize equipment safety guards. Accidents on the job. May appear generally uninterested in learning about safety.

☐   Work area is disorderly. Does not apply principles of accident prevention in daily work. Operates equipment without training.

☐   Assures customer safety as first and foremost job responsibility. Familiar with safety responsibilities. Wears and maintains personal protective equipment. Reports hazardous conditions.

☒   Coordinates with other employees to reduce accidents. Applies good housekeeping techniques in work area.

☐   Observes all safety standards and participates in Hope Community Resources efforts to provide a safe work environment. May assist in training new employees. May serve on the Risk Management Coalition. Assures that equipment is maintained and in good repair.

Comments: David maintains a safe environment in the home. He has no reported accidents.

2.2

**E. JOB KNOWLEDGE AND VERSATILITY**: The information concerning work duties that an individual should know in order to do their job. The extent to which an employee's skills and knowledge fulfill the responsibilities of the position. General knowledge of how their job fits into Hope's values and philosophy and effects others within the agency.

☐ Inadequate knowledge of job duties. Does not apply knowledge/skills.

☐ Needs more knowledge of job to fulfill requirements. Requires frequent direction to apply knowledge/skills properly.

☒ Properly applies skills and knowledge of the techniques, procedures, products, and materials to perform job duties. Requires minimal supervisory assistance.

☐ Job knowledge and skill is above average. Understands all phases of job.

☐ Seeks additional job knowledge and skills and applies such to the overall improvement of the department/area. Has the ability and versatility to manage most circumstances.

Comments: David has been in the Team Coordinator position for approx. 4 months. Considering this Amount of time he has a good understanding of most job expectations. David will continue to increase His understanding and utilization of documentation.

**F. INITIATIVE**: Ability to work independently. Consider ability to plan work and/or proceed with a job without being told each detail. Willingness to take responsibility for results. Desire to reach goals.

☐ Rarely shows any initiative. Is not a self-starter. Puts forth effort to achieve goal.

☐ Requires some direction or prodding. Seldom performs other duties.

☒ A self-starter. Carries out job responsibilities and makes suggestions for improvement in work methods. May help others.

☐ Is progressive. Does additional work without direction when necessary. Consistently sets higher goals than expected.

☐ High level of energy. Sets and achieves goals. Constantly strives for new methods.

Comments: David shows a commitment to providing good care to those he supports.

**G. ATTENDANCE**: The record of work attendance. Consider excused and unexcused absence other than vacations and holidays.

☐    Is excessively absent, tardy or unavailable for work. Does not meet Hope's standards. Requires immediate improvement.

☐    Absence or tardiness is frequent.

☒    Regular attendance. Consistently on time.

☐    Seldom absent. Prompt. Notifications of absence are timely and to the correct person.

☐    Virtually perfect attendance and punctuality. Has achieved healthy balance between personal and work life so only absent in emergencies. Schedules vacations in advance with consideration of back up during absence.

Comments: David has accumulated 53 hours of sick leave in the past 12 months. This is within agency standards.

**H. TEAMWORK**: Considers the ability and willingness of the employee to work with others as a team member. Is perceived by customers and other employees as dependable and responsive to customer requirements. Consider level of courtesy, friendliness and cooperation extended to others within the Company. Regularly supports the goals and objectives of the network or Hope.

☐    Disruptive and antagonistic in working with others. Does not appear to care whether cooperation is extended or not. Chronically complains or criticizes. Acts independently without respect to how actions affect others.

☐    Usually gets along well with others. Occasional conflict with supervisor and/or personnel. Often allows "moods" to interfere with work and co-worker relationships. May have difficulty accepting constructive criticism. Sometimes makes an inappropriate comment.

☒    Works effectively as a team member. Responds well to supervision and direction. Accepts constructive criticism.

☐    Works well with others. Cheerful and friendly. Consistently contributes when deadlines are critical. Represents company/department favorably. Actions compliment efforts of other employees.

☐    Exceptional team player whose contributions to the group are significant. Seeks constructive criticism and uses in a positive manner. Inspires others through behavior.

Comments: David will continue to increase his ability to work as a team. He will develop better Communication with coworkers, continue to share responsibility with other support staff and continue to build unique opportunities for those individuals he supports.

2.4

**I. FOLLOW THROUGH**: The quality of accepting and fulfilling job assignments in accordance with directions given.

☐     Frequently fails to follow directions. Requires constant supervision. Unreliable.

☐     Follows directions poorly. Requires some prompting to get the job done.

☒     Follows directions and requires minimal supervisory follow-up.

☐     Understands directions and conscientiously completes them. Always dependable.

☐     Consistently follows through on all assignments. Anticipates what needs to be done and sometimes proceeds without being asked. Meets highest level of expectations.

Comments: _____

_____

_____

**J. PERSONAL APPEARANCE**: The impression an individual makes on others. This considers cleanliness, grooming, neatness, and appropriateness of dress on the job, including safety factors.

☐     Untidy. Overall appearance inappropriate for the job. Disregard for Hope's "Appropriate Appearance Guidelines."

☐     Sometimes untidy. Careless about personal appearance.

☒     Overall appearance is consistently appropriate for the job and adheres to Hope's "Appropriate Appearance Guidelines."

Comments: _____

_____

_____

J.5

**K. VALUES & PHILOSOPHY**: The extent to which Hope's values and philosophy are incorporated into the employees daily job performance.

☐ Openly critical of Hope's values and philosophy. Actions or communications are in direct opposition to Hope's expectations.

☐ Has little or no concern for individuals receiving services or is authoritative in dealing with them.

☒ Is in agreement with and supportive of Hope's values and philosophy.

☐ Works well with supervisor and members of the management team to help achieve the vision of the department and organization as a whole.

☐ Develops or implements services in such a way as to reflect individual choice and dignity. Inspires others through action and/or words to promote Hope's values and philosophy.

Comments: David continues to support and promote the values of the Agency.

**L. JUDGEMENT**: Extent to which sound decisions are made in routine work as well as in difficult situations.

☐ Makes decisions without basis. Neglects to take appropriate action. Does not make use of available information. Does not use common sense on the job.

☐ Occasional inability to make sound decisions. Sometimes makes a hasty decision without using available information. Sometimes fails to seek assistance.

☒ Generally demonstrates logical thinking by making sound decisions after considering available facts.

☐ Sound judgment and common sense exercised. Often makes an appropriate recommendation for solution of problems. Adequate decisions in almost all situations.

☐ Displays exceptional ability to analyze and deal with a variety of situations that otherwise could be potential problems.

Comments:

## EMPLOYEE DEVELOPMENT
*(Use separate sheet if desired)*

A. What are employees outstanding and strongest points.

It is obvious that David takes pride in the appearance of the individuals he supports and their home.

David also has excellent financial record keeping and follows through with guardians as necessary.

B. Follow-up development plans from previous evaluations. Indicate performance area and progress towards improvement.

This is David's first annual performance evaluation. David must complete OSHA, CPR, MANDT

and Anti-Harassment training by 2/15/00.

C. Identify any areas of performance where improvement will enhance job effectiveness. Indicate performance area and plan for improvement.

David will maintain certification in all agency required training with a minimal of supervision.

David will continue to develop effective communication with all coworkers.

David will increase his "team" approach within the home by sharing tasks training support staff

to fulfill job requirement, including proper documentation and daily logs.

David will increase knowledge of Agency paperwork and systems to include authoring, facilitating and implementing the Individual Support Plan.

Employee Comments:

2.7

Supervisor Comments:

_____

_____

_____

_____


_David B. Edwards_____    _Julie L. Mittos_ _1/20/00_
Employee Signature         Date    Supervisor Signature    Date


_____

_KRH_____ _1/25/00_
Reviewer        Date
Authority to deliver

_Bowen_

2.8