## Hope Community Resources, Inc.
## Annual Performance Evaluation

Employee Name: David Edades                    Job Title: Home Alliance Coordinator
Network: #4                                    Supervisor: Carol H. Bailey
Date of Evaluation: 3·4·02                     Evaluation Period Based From: 1-26-01   To: 2-5-02
Date of Hire: 1-26-99

**A. QUALITY OF WORK** (Includes Accuracy): Ability of employee to provide quality. Consider carelessness, excessive hurry, inexperience, and/or need for training.

☐ Product or work performance is poor quality. Errors are frequent.

☐ Work is incomplete. Requires frequent direction to improve quality. Recurrent errors.

☐ Work/product meets acceptable quality standards. Requires minimal direction. Usually accurate.

☒ Work is consistently of high quality. Requires very little supervisory direction.

☐ Consistently thorough in carrying out all details of job and error free. Final product nearly perfect.

Comments: David is extremely careful to be thorough and accurate in every task he undertakes. His Paperwork is accurate, timely, and very neat. David ensures that the individuals are receiving very good Care.

**B. QUANTITY OF WORK**: The amount of work performed relative to standards. Consider effort, good use of time and training.

☐ Work output is inadequate to meet job requirements.

☐ Slow. Below average volume of work. Does just enough to get by.

☐ Volume of work is satisfactory. Output is sufficient to meet minimum job requirements.

☒ Very industrious. Does more than expected. Often exceeds deadlines or schedules.

☐ Regularly exceeds an established standard of productivity. Consistently willing to do additional work. May accomplish special projects.

Comments: David works hard to accomplish all that is expected of him in a timely manner. David Is extremely organized, tidy and thorough in all tasks in the home.

Exhibit 4

C. **CUSTOMER SERVICE**: Is perceived by customers as dependable and responsive to customer requirements. Is able to get positive results in adverse situations. Consider level of courtesy and friendliness extended to the customer. Ability to maintain customer confidence and trust. Works cooperatively with other employees in meeting customer expectations/needs. Internal Customers represent fellow HCR employees; Direct Customers represents individuals receiving supports, parents, guardians and families; External Customers represents other service providers, doctors, school districts etc.

| INT. | Direct | EXT. | |
|---|---|---|---|
| ☐ | ☐ | ☐ | Blunt. Distant and aloof. Does not appear to care if others are satisfied. Rarely acts in ways that promote courtesy or service. Makes little effort to sustain favorable image. May arouse customer anger. |
| ☐ | ☐ | ☐ | Occasionally acts in ways to promote good service. Sometimes lacks follow through. Sometimes makes an inappropriate comment. |
| ☒ | ☐ | ☒ | Promotes a favorable image and manages most customer interactions appropriately. Approachable. Respond promptly to customer inquires. Readily assists customer to provide good service. Gives priority to satisfying others. |
| ☐ | ☒ | ☐ | Frequently exceeds a job responsibility to satisfy customers. Is cheerful and friendly. |
| ☐ | ☐ | ☐ | Inspires others to be courteous and very pleasant. Excellent at establishing goodwill. Exemplary customer service. |

Comments: David is professional and pleasant in most interactions with coworkers and supervisors. There have been a few circumstances in the past when David has risen his voice with his Supervisor when he had not agreed with a policy. He is very loving with the individuals and Professional and courteous with the guardians.

D. **SAFETY**: The degree to which an employee adheres to safety standards in the performance of their job and participates in safety related activities.

☐ Disregard of safety policies/procedures. Often seen not wearing personal protective equipment and/or safe clothing. Does not utilize equipment safety guards. Accidents on the job. May appear generally uninterested in learning about safety.

☐ Work area is disorderly. Does not apply principles of accident prevention in daily work. Operates equipment without training.

☐ Assures customer safety as first and foremost job responsibility. Familiar with safety responsibilities. Wears and maintains personal protective equipment. Reports hazardous conditions.

☒ Coordinates with other employees to reduce accidents. Applies good housekeeping techniques in work area.

☐ Observes all safety standards and participates in Hope Community Resources efforts to provide a safe work environment. May assist in training new employees. May serve on the Risk Management Coalition. Assures that equipment is maintained and in good repair.

Comments: David is very safety conscious with the individuals. He ensures the environment is a safe One by following up on any maintenance issues and keeping the house clean and free of clutter.

4.2

**E. JOB KNOWLEDGE AND VERSATILITY:** The information concerning work duties that an individual should know in order to do their job. The extent to which an employee's skills and knowledge fulfill the responsibilities of the position. General knowledge of how their job fits into Hope's values and philosophy and effects others within the agency.

- ☐ Inadequate knowledge of job duties. Does not apply knowledge/skills.
- ☐ Needs more knowledge of job to fulfill requirements. Requires frequent direction to apply knowledge/skills properly.
- ☐ Properly applies skills and knowledge of the techniques, procedures, products, and materials to perform job duties. Requires minimal supervisory assistance.
- ☒ Job knowledge and skill is above average. Understands all phases of job.
- ☐ Seeks additional job knowledge and skills and applies such to the overall improvement of the department/area. Has the ability and versatility to manage most circumstances.

Comments: David performs all areas of his job accurately and completely. David is extremely Thorough in all phases of his job duties. David trains all new employees at Ticonderoga to the best of His ability.

**F. INITIATIVE:** Ability to work independently. Consider ability to plan work and/or proceed with a job without being told each detail. Willingness to take responsibility for results. Desire to reach goals.

- ☐ Rarely shows any initiative. Is not a self-starter. Puts forth effort to achieve goal.
- ☐ Requires some direction or prodding. Seldom performs other duties.
- ☐ A self-starter. Carries out job responsibilities and makes suggestions for improvement in work methods. May help others.
- ☒ Is progressive. Does additional work without direction when necessary. Consistently sets higher goals than expected.
- ☐ High level of energy. Sets and achieves goals. Constantly strives for new methods.

Comments: David sets very high expectations for himself and others who work in the home. He works Very hard to ensure the individuals at Ticonderoga are receiving all the appropriate care they deserve Every day. He keeps himself busy doing whatever needs to be done in the home.

4.5

**G. ATTENDANCE:** The record of work attendance. Consider excused and unexcused absence other than vacations and holidays.

☐ Is excessively absent, tardy or unavailable for work. Does not meet Hope's standards. Requires immediate improvement.

☐ Absence or tardiness is frequent.

☐ Regular attendance. Consistently on time.

☒ Seldom absent. Prompt. Notifications of absence are timely and to the correct person.

☐ Virtually perfect attendance and punctuality. Has achieved healthy balance between personal and work life so only absent in emergencies. Schedules vacations in advance with consideration of back up during absence.

Comments: David has only used 16 hours of sick leave in the last year. David gives adequate notice
When requesting leave.

**H. TEAMWORK:** Considers the ability and willingness of the employee to work with others as a team member. Is perceived by customers and other employees as dependable and responsive to customer requirements. Consider level of courtesy, friendliness and cooperation extended to others within the Company. Regularly supports the goals and objectives of the network or Hope.

☐ Disruptive and antagonistic in working with others. Does not appear to care whether cooperation is extended or not. Chronically complains or criticizes. Acts independently without respect to how actions affect others.

☐ Usually gets along well with others. Occasional conflict with supervisor and/or personnel. Often allows "moods" to interfere with work and co-worker relationships. May have difficulty accepting constructive criticism. Sometimes makes an inappropriate comment.

☒ Works effectively as a team member. Responds well to supervision and direction. Accepts constructive criticism.

☐ Works well with others. Cheerful and friendly. Consistently contributes when deadlines are critical. Represents company/department favorably. Actions compliment efforts of other employees.

☐ Exceptional team player whose contributions to the group are significant. Seeks constructive criticism and uses in a positive manner. Inspires others through behavior.

Comments: David is a team player, willing to help as much as he can, to ensure the individuals are cared
For in an appropriate manner. He is friendly and courteous to guardians and the Ticonderoga staff.
In most circumstances he is professional with office staff, however there have been a few times when he
Has risen his voice in disagreement with his supervisor.

**I. FOLLOW THROUGH**: The quality of accepting and fulfilling job assignments in accordance with directions given.

- [ ] Frequently fails to follow directions. Requires constant supervision. Unreliable.
- [ ] Follows directions poorly. Requires some prompting to get the job done.
- [ ] Follows directions and requires minimal supervisory follow-up.
- [x] Understands directions and conscientiously completes them. Always dependable.
- [ ] Consistently follows through on all assignments. Anticipates what needs to be done and sometimes proceeds without being asked. Meets highest level of expectations.

Comments: David is extremely dependable and expedient about completing assignments or tasks in or Outside of the home. There has been times when more detail has been needed when explaining the Reasons staff worked overtime in the home.

**J. PERSONAL APPEARANCE**: The impression an individual makes on others. This considers cleanliness, grooming, neatness, and appropriateness of dress on the job, including safety factors.

- [ ] Untidy. Overall appearance inappropriate for the job. Disregard for Hope's "Appropriate Appearance Guidelines."
- [ ] Sometimes untidy. Careless about personal appearance.
- [x] Overall appearance is consistently appropriate for the job and adheres to Hope's "Appropriate Appearance Guidelines."

Comments: David always dresses appropriately according to Hope's appearance guidelines.

4.5

# EMPLOYEE DEVELOPMENT
*(Use separate sheet if desired)*

A. What are employees outstanding and strongest points.

   David is extremely organized, timely with paperwork and thorough in all tasks asked of him. He is

   Friendly and courteous most of the time with coworkers, supervisors and guardians. He genuinely

   Cares for the individuals in the home and is always putting their needs first. Cleaning is a priority

   and it shows in the house and when looking at the individuals. The guardians in the home have

   Expressed their appreciation for the quality of David's care for their family members.

B. Follow-up development plans from previous evaluations. Indicate performance area and progress towards improvement.

   David needs to become more participatory with taking the individuals out into the community.

C. Identify any areas of performance where improvement will enhance job effectiveness. Indicate performance area and plan for improvement.

   Continue to contact Supervisor when individuals have been awake at night and make sure the

   Documentation accurately reflects what happened and what was tried to rectify the situation.

   Remain current on all required agency training

   David needs to ensure the two gentlemen are going out even when regular Day Habilitation person

   Is not there.

Employee Comments:

_____

_____

_____

_____

Supervisor Comments:

_____
_____
_____
_____


*David B. Edwards*  3/4/02        *Carl H. Bailey*  3/4/02
Employee Signature      Date        Supervisor Signature      Date

_____

*KMA*  2/23/02
Reviewer          Date
Authority to deliver