# Hope Community Resources, Inc.
## Annual Performance Evaluation

**ENTERED APR 2 1 2004**

| | |
|---|---|
| Employee Name: David Edades | Job Title: Home Alliance Coordinator |
| Network: #4 | Supervisor: Hawkins-Keuma |
| Date of Evaluation: 4/7/04 | Evaluation Period Based From: 1/26/03 To: 1/26/04 |
| Date of Hire: 1-26-99 | |

**A. QUALITY OF WORK** (Includes Accuracy): Ability of employee to provide quality. Consider carelessness, excessive hurry, inexperience, and/or need for training.

☐ Product or work performance is poor quality. Errors are frequent.

☐ Work is incomplete. Requires frequent direction to improve quality. Recurrent errors.

☐ Work/product meets acceptable quality standards. Requires minimal direction. Usually accurate.

☒ Work is consistently of high quality. Requires very little supervisory direction.

☐ Consistently thorough in carrying out all details of job and error free. Final product nearly perfect.

Comments: David is thorough and accurate in every task he undertakes. His paperwork is accurate, timely, and very neat. David ensures that the individuals are receiving good care, keeping them clean, and making sure they get three nutritious meals a day. David needs to communicate effectively his expectations to the staff.

**B. QUANTITY OF WORK**: The amount of work performed relative to standards. Consider effort, good use of time and training.

☐ Work output is inadequate to meet job requirements.

☐ Slow. Below average volume of work. Does just enough to get by.

☐ Volume of work is satisfactory. Output is sufficient to meet minimum job requirements.

☒ Very industrious. Does more than expected. Often exceeds deadlines or schedules.

☐ Regularly exceeds an established standard of productivity. Consistently willing to do additional work. May accomplish special projects.

Comments: David is organized, tidy and thorough in getting tasks done in the home. He keeps in close Contact with one of the individuals parents.

Exhibit 5

**C. CUSTOMER SERVICE:** Is perceived by customers as dependable and responsive to customer requirements. Is able to get positive results in adverse situations. Consider level of courtesy and friendliness extended to the customer. Ability to maintain customer confidence and trust. Works cooperatively with other employees in meeting customer expectations/needs. Internal Customers represent fellow HCR employees; Direct Customers represents individuals receiving supports, parents, guardians and families; External Customers represents other service providers, doctors, school districts etc.

| INT. | Direct | EXT. | |
|---|---|---|---|
| ☐ | ☐ | ☐ | Blunt. Distant and aloof. Does not appear to care if others are satisfied. Rarely acts in ways that promote courtesy or service. Makes little effort to sustain favorable image. May arouse customer anger. |
| ☐ | X | ☐ | Occasionally acts in ways to promote good service. Sometimes lacks follow through. Sometimes makes an inappropriate comment. |
| ☒ | ☐ | X | Promotes a favorable image and manages most customer interactions appropriately. Approachable. Respond promptly to customer inquires. Readily assists customer to provide good service. Gives priority to satisfying others. |
| ☐ | | | Frequently exceeds a job responsibility to satisfy customers. Is cheerful and friendly. |
| ☐ | ☐ | ☐ | Inspires others to be courteous and very pleasant. Excellent at establishing goodwill. Exemplary customer service. |

Comments: David is pleasant in most interactions with coworkers and supervisors. There have been times when David has risen his voice to staff, but he usually calms down immediately. David follows up very well with Doctors with regards to the individuals if there is any changes in their care.

**D. SAFETY:** The degree to which an employee adheres to safety standards in the performance of their job and participates in safety related activities.

☐ Disregard of safety policies/procedures. Often seen not wearing personal protective equipment and/or safe clothing. Does not utilize equipment safety guards. Accidents on the job. May appear generally uninterested in learning about safety.

☐ Work area is disorderly. Does not apply principles of accident prevention in daily work. Operates equipment without training.

☐ Assures customer safety as first and foremost job responsibility. Familiar with safety responsibilities. Wears and maintains personal protective equipment. Reports hazardous conditions.

☒ Coordinates with other employees to reduce accidents. Applies good housekeeping techniques in work area.

☐ Observes all safety standards and participates in Hope Community Resources efforts to provide a safe work environment. May assist in training new employees. May serve on the Risk Management Coalition. Assures that equipment is maintained and in good repair.

Comments: David is safety conscious with the individuals. He ensures the environment is safe by following up on any maintenance issues and keeping the house clean and free of clutter.

5.2

**E. JOB KNOWLEDGE AND VERSATILITY**: The information concerning work duties that an individual should know in order to do their job. The extent to which an employee's skills and knowledge fulfill the responsibilities of the position. General knowledge of how their job fits into Hope's values and philosophy and effects others within the agency.

- [ ] Inadequate knowledge of job duties. Does not apply knowledge/skills.

- [ ] Needs more knowledge of job to fulfill requirements. Requires frequent direction to apply knowledge/skills properly.

- [ ] Properly applies skills and knowledge of the techniques, procedures, products, and materials to perform job duties. Requires minimal supervisory assistance.

- [x] Job knowledge and skill is above average. Understands all phases of job.

- [ ] Seeks additional job knowledge and skills and applies such to the overall improvement of the department/area. Has the ability and versatility to manage most circumstances.

Comments: David performs all areas of his job accurately and completely. David is extremely thorough in all phases of his job duties. David trains all new employees at Ticonderoga to the best of his ability.

**F. INITIATIVE**: Ability to work independently. Consider ability to plan work and/or proceed with a job without being told each detail. Willingness to take responsibility for results. Desire to reach goals.

- [ ] Rarely shows any initiative. Is not a self-starter. Puts forth effort to achieve goal.

- X  Requires some direction or prodding. Seldom performs other duties.

    A self-starter. Carries out job responsibilities and makes suggestions for improvement in work methods. May help others.

    Is progressive. Does additional work without direction when necessary. Consistently sets higher goals than expected.

- [ ] High level of energy. Sets and achieves goals. Constantly strives for new methods.

David needs to be more proactive in the planning of creative activities and participation of inclusion With the gentlemen he supports.

5.3

G. **ATTENDANCE:** The record of work attendance. Consider excused and unexcused absence other than vacations and holidays.

- [ ] Is excessively absent, tardy or unavailable for work. Does not meet Hope's standards. Requires immediate improvement.

- [ ] Regular attendance. Consistently on time.

- [X] Seldom absent. Prompt. Notifications of absence are timely and to the correct person.

- [ ] Virtually perfect attendance and punctuality. Has achieved healthy balance between personal and work life so only absent in emergencies. Schedules vacations in advance with consideration of back up during absence.

Comments: David has used 120 hours of vacation and no sick time.

H. **TEAMWORK:** Considers the ability and willingness of the employee to work with others as a team member. Is perceived by customers and other employees as dependable and responsive to customer requirements. Consider level of courtesy, friendliness and cooperation extended to others within the Company. Regularly supports the goals and objectives of the network or Hope.

- [ ] Disruptive and antagonistic in working with others. Does not appear to care whether cooperation is extended or not. Chronically complains or criticizes. Acts independently without respect to how actions affect others.

- [X] Usually gets along well with others. Occasional conflict with supervisor and/or personnel. Often allows "moods" to interfere with work and co-worker relationships. May have difficulty accepting constructive criticism. Sometimes makes an inappropriate comment.

    Works effectively as a team member. Responds well to supervision and direction. Accepts constructive criticism.

- [ ] Works well with others. Cheerful and friendly. Consistently contributes when deadlines are critical. Represents company/department favorably. Actions compliment efforts of other employees.

- [ ] Exceptional team player whose contributions to the group are significant. Seeks constructive criticism and uses in a positive manner. Inspires others through behavior.

Comments: David is willing to help as much as he can to ensure the individuals are cared for
Appropriately. There has been conflict among staff that has lead to verbal arguments. David needs
To express correct information to all staff and guardians about any issues in the home. David needs
To work on his communication skills when conversing with staff supervisor and care coordinator.

5.4

**I. FOLLOW THROUGH:** The quality of accepting and fulfilling job assignments in accordance with directions given.

☐ Frequently fails to follow directions. Requires constant supervision. Unreliable.

☐ Follows directions poorly. Requires some prompting to get the job done.

X  Follows directions and requires minimal supervisory follow-up.

   Understands directions and conscientiously completes them. Always dependable.

☐ Consistently follows through on all assignments. Anticipates what needs to be done and sometimes proceeds without being asked. Meets highest level of expectations.

Comments: David can improve in his documentation and submission of incidents reports.

**J. PERSONAL APPEARANCE:** The impression an individual makes on others. This considers cleanliness, grooming, neatness, and appropriateness of dress on the job, including safety factors.

☐ Untidy. Overall appearance inappropriate for the job. Disregard for Hope's "Appropriate Appearance Guidelines."

☐ Sometimes untidy. Careless about personal appearance.

☒ Overall appearance is consistently appropriate for the job and adheres to Hope's "Appropriate Appearance Guidelines."

Comments: David always dresses appropriately according to Hope's appearance guidelines.

**K. VALUES & PHILOSOPHY:** The extent to which Hope's values and philosophy are incorporated into the employees daily job performance.

☐ Openly critical of Hope's values and philosophy. Actions or communications are in direct opposition to Hope's expectations.

☐ Has little or no concern for individuals receiving services or is authoritative in dealing with them.

☒ Is in agreement with and supportive of Hope's values and philosophy.

☐ Works well with supervisor and members of the management team to help achieve the vision of the department and organization as a whole.

☐ Develops or implements services in such a way as to reflect individual choice and dignity. Inspires others through action and/or words to promote Hope's values and philosophy.

Comments: David cares for the individuals in the home. His values are in support of Hope's philosophy. He works hard to ensure the individuals have the best care possible. David works closely with the guardians to ensure their wishes and needs for the individuals are met.

**L. JUDGEMENT:** Extent to which sound decisions are made in routine work as well as in difficult situations.

☐ Makes decisions without basis. Neglects to take appropriate action. Does not make use of available information. Does not use common sense on the job.

☐ Occasional inability to make sound decisions. Sometimes makes a hasty decision without using available information. Sometimes fails to seek assistance.

☐ Generally demonstrates logical thinking by making sound decisions after considering available facts.

☒ Sound judgment and common sense exercised. Often makes an appropriate recommendation for solution of problems. Adequate decisions in almost all situations.

☐ Displays exceptional ability to analyze and deal with a variety of situations that otherwise could be potential problems.

Comments: David makes good decisions when it comes to the individuals in the home. David usually makes decisions which will most benefit the individuals. David needs to pay closer attention To the medication sheet and compare it to the meds before dispensing.

5.6

Supervisor Comments:

_____
_____
_____
_____

_David B. Eaula_ _4/20/04_    _Shamu Keuma_ _4/20/04_
Employee Signature    Date         Supervisor Signature    Date

_Samieyson_ _4/20/04_
Reviewer              Date
Authority to deliver

5·7