

# Personnel Policy Manual

EXHIBIT  A
Page 1 of 2

HCR0001

5. The promotion of an employee to a classification with a higher wage range may include an increase in wage consistent with Hope's pay plan. This increase will be at the entry level for the position for a 12 month period. At the end of 12 months, if all job standards are met, the employee will receive a 3% increase to be at the one year pay level for the position.

F. <u>Demotions</u>

1. In the event an employee is reassigned or demoted to a position of lesser pay and responsibility, his/her salary or wages may be reduced to the one year level for that position, or maintained at the employee's present rate before the demotion, with the approval of the Executive Director or his/her designee. However, in no event, shall an employee earn an amount greater (per hour) than was earned immediately prior to the demotion.

G. <u>Temporary Assignment</u>

1. Employees assigned to a position of higher responsibility, for a period of time exceeding three weeks, shall be paid at their rate of pay prior to temporary assignment or the entry level rate of the new position, whichever is higher.

2. The above excludes all managers who are performing job duties in an acting capacity.

H. <u>Nepotism</u>

1. As a general rule, Hope does not permit a family member to be supervised by another member of his or her family because of the potential for nepotism. Nepotism creates favoritism or the appearance of favoritism and is often unfair to other employees. There are two exceptions to this policy: (1) in case of emergency where the provision of emergency services is paramount; and (2) in family directed respite care situations where it is customary for members of the recipient's family to be hired to provide respite services.

I. <u>Tuberculin Clearance</u>

1. As a condition of employment, all employees are required to show proof of tuberculin clearance and annually thereafter.

2. Failure to comply with this requirement subjects an employee to suspension without pay until the requirement is met, or in the case of total non-compliance, to actual termination.



EXHIBIT __A__
Page __2__ of __2__