James H. Juliussen
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Attorneys for Hope Community Resources, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DAVID EDADES,

Plaintiff,

vs.

HCR, INC., doing business as HOPE COMMUNITY RESOURCES, and HOPE COTTAGES,

Defendant.

Case No. 3:05-CV-00230-(TMB)

**AFFIDAVIT OF KATHY PROULX-HENDRICKSON**

STATE OF ALASKA )
) ss.
THIRD JUDICIAL DISTRICT )

Kathy Proulx-Hendrickson, being first duly sworn on oath, deposes and says as follows:

1. I am the Deputy Director of Human Resources and Risk Management for Hope Community Resources, Inc. ("Hope") and have been employed in that same

capacity during all times relevant to the above-captioned case. I am competent to testify regarding the matters set forth herein, and do so based upon personal knowledge, and upon a review of the records maintained by Hope in the ordinary course of business.

2. Attached hereto as Exhibit A is a true and correct copy of Hope's nepotism policy in effect at the time of David Edades's termination.

3. At the time of David Edades's termination, Domie Edades's position with Hope was as an Individual Support Specialist ("ISS") in a home other than the Ticonderoga home at which David was employed. A true and correct copy of the job description for ISS in effect at the time of David Edades's termination is attached hereto as Exhibit B. As provided in the job description, the ISS is supervised by the Home Alliance Coordinator or the Lead Individual Support Specialist when working in an assisted living home.

4. David Edades was employed as the Home Alliance Coordinator for the Ticonderoga home at the time of his termination. As provided in Exhibit A, Hope does not permit one spouse to supervise another in the absence of an "emergency where the provision of emergency services is paramount."

5. Day habilitation services are provided by Hope only on a one-on-one basis, that is, one staff member accompanies one client at a time into the community. While David Edades complained on several occasions about being required to perform day habilitation services because he believed it was not his job, I am unaware of his ever having claimed that driving his clients without assistance created a dangerous condition

or that he had any concerns whatsoever about his ability to safely perform day habilitation services.

Kathy Proulx-Hendrickson

SUBSCRIBED AND SWORN TO before me this 7th day of August, 2006.

Notary Public in and for Alaska
My commission expires: 5-2-09




Certificate of Service

I certify that on the 9th day of August, 2006, a true and correct copy of the foregoing document was served electronically on the following:

Joseph P. Josephson

/s/ Kris Hamann