*HOPE COMMUNITY RESOURCES, INC.*                    *JOB DESCRIPTION*

| JOB TITLE | AUTHORIZATION | EFFECTIVE DATE | PAGE NUMBER |
|---|---|---|---|
| Individual Support Specialist/ Relief Individual Support Specialist | | 01/01/02 | Page 1 of 4 |

**CLASSIFICATION:**     Non-Exempt

**GENERAL DEFINITION:**

As a member of the person centered team, the Individual Support Specialist/Relief Individual Support Specialist supports individuals in meeting their life goals as directed by the person receiving supports. The Individual Support Specialist/Relief Individual Support Specialist provides direct care and services to individuals and is a role model for the individuals they support. The Individual Support Specialist/ Relief Individual Support Specialist explores and develops community inclusion opportunities and assists individuals in participating in those activities. The Individual Support Specialist/Relief Individual Support Specialist plays a pivotal role in the support triangle and provides supports that result in achieving the Agency's Ten Valued Outcomes. The Individual Support Specialist/Relief Individual Support Specialist may be expected to live in an agency home for a period of up to 48 hours.

**REPORTS TO:**     The person receiving supports, their team, and the agency. The Individual Support Specialist/Relief Individual Support Specialist is supervised by the Home Alliance Coordinator or the Lead Individual Support Specialist when working in an assisted living home, or the Community Support Specialist when working in other settings.

**ESSENTIAL JOB DUTIES:**

1. Implements support services as outlined in the Individual Support Plan, Personal Futures Plan, and Plan of Care, including, but not limited to, activities of daily living, day habilitation, employment, inclusionary activities, and active learning.

2. Assists in the coordination of services, communicates and follows through with team members while providing program support in the individual's home and in the community.

3. Assists in the development of the Individual Support Plan and the Personal Futures Plan through a team process.

4. Attends and participates in Home Alliance meetings.

5. Models positive communications and promotes community connections with individuals.


EXHIBIT B
Page 1 of 4

*HOPE COMMUNITY RESOURCES, INC.*                    *JOB DESCRIPTION*

| JOB TITLE | AUTHORIZATION | EFFECTIVE DATE | PAGE NUMBER |
|-----------|---------------|----------------|-------------|
| Individual Support Specialist/ Relief Individual Support Specialist | | 01/01/02 | Page 2 of 4 |

6.   Coordinates transportation for individuals, including transporting, arranging public transportation, and through the use of vehicles assigned to the home.

7.   Under the direction of the individual's physician and/or Hope nursing staff, and as supervised by the Home Alliance Coordinator, Lead Individual Support Specialist, or the Community Support Specialist, assists the individual to correctly take medications and document same.

8.   Performs lifting duties safely and uses appropriate techniques and body mechanics when performing job duties.

9.   Assists individuals with daily personal hygiene, dressing, toileting, repositioning, feeding, cooking and household chores as assigned or needed.

10.  Assists individuals in networking with community organizations, clubs, activities, and associations.

11.  Assists with personal financial management, monitoring expenditures and returning receipts for expenses.

12.  Assists with medical appointment and medication administration.

13.  Completes ongoing, accurate, and thorough documentation to assure funding, continued licensing, compliance with federal and state regulations, and agency standards as assigned by supervisor.

14.  Monitors all environments, agency vehicles, equipment, and events for individual safety, staff safety, accessibility, and cleanliness.

15.  Accepts responsibilities for tasks not otherwise defined but in the best interest of the individual as assigned by the individual, their person centered team, and the agency within their abilities.

16.  May be expected to work a variety of hours, from on-call to 40 hours a week or could work two 24-hour shifts several times a month. If working 24-hour shifts, will be expected to live in the home during the entire shift.



EXHIBIT __B__
Page _2_ of _4_

*HOPE COMMUNITY RESOURCES, INC.*                                    *JOB DESCRIPTION*

| JOB TITLE | AUTHORIZATION | EFFECTIVE DATE | PAGE NUMBER |
|---|---|---|---|
| Individual Support Specialist/ Relief Individual Support Specialist | | 01/01/02 | Page 3 of 4 |

## TEAMWORK:

Actively participates on person-centered teams and agency teams. Within a team profile: works toward a common goal, develops its members' skills, efficiently uses its time and talents, embraces the diversity of its members, is committed to continuous improvement, builds morale internally, performs effectively and produces results, accepts praise and criticism, cooperates rather than competes, maintains a positive attitude toward everyone's ideas, stays on task, uses resources wisely, communicates openly, teaches and learns from team members, resolves conflicts effectively, welcomes challenges, shares pride in team accomplishments, celebrates successes.

## KNOWLEDGE, SKILLS AND ABILITIES:

1.   High-School graduate, or G. E. D.

2.   Experience working with individuals who experience developmental disabilities or as a nurse's aide preferred.

3.   Commitment to promoting and implementing the agency's Ten Valued Outcomes.

4.   Ability to lift 50 pounds.

5.   Ability to demonstrate understanding of supporting people to have regular lives and employment, person centered planning, personal futures planning, customer satisfaction and individualized supports.

6.   Ability to successfully complete all agency and team training requirements.

7.   Ability to handle emergency situations in a calm and professional manner.

8.   Ability to communicate effectively and maintain a positive attitude with persons receiving support, parents, other staff and professionals, and the public.

9.   Ability to exercise patience, understanding, flexibility, people first philosophy, and to demonstrate concerns for each individual's health, confidentiality, safety, development and enjoyment of life.



EXHIBIT __B__
Page __3__ of __4__

*HOPE COMMUNITY RESOURCES, INC.*                          *JOB DESCRIPTION*

| *JOB TITLE* | *AUTHORIZATION* | *EFFECTIVE DATE* | *PAGE NUMBER* |
|---|---|---|---|
| Individual Support Specialist/ Relief Individual Support Specialist | | 01/01/02 | Page 4 of 4 |

10.    Ability to effectively advocate for individual interests while dealing with agency personnel, other human services agencies, and other community organizations/members.

11.    Possess a valid Alaska Driver's license and the ability to safely operate agency vehicles when needed, possess reliable transportation and vehicle insurance while transporting individuals.

12.    Ability to communicate effectively in written and oral form, follow oral and written instructions, meet deadlines and follow schedules with minimal supervision.

13.    Ability to obtain a tuberculin clearance at time of employment and annually thereafter.

EXHIBIT____B
Page __4_ of __4