UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


DAVID EDADES   v.   HCR INCORPORATED, et al.

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                CASE NO.  3:05-cv-00230-TMB

Elisa Singleton


PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: May 21, 2007

    By order filed April 4, 2007 at docket 28 the court called upon the parties to report on the readiness of this case for trial.  No report has been filed.  Counsel shall confer with one another and file the required report on or before fifteen (15) days from the date of this minute order.

[]{IID2.WPD*Rev.12/96}