Joe P. Josephson, Esq.,
Josephson & Associates, P. C.,
912 West Sixth Avenue
Anchorage, Alaska  99501
Tel. (907) 276-0151
Facsimile (907) 276-0155

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DAVID EDADES,

   Plaintiff,

V.

HCR, INC., et al.,

   Defendant.
_____/

Case No. 3:05-cv-00230-TMB

## Certificate of Readiness for Trial

The undersigned, attorney for plaintiff, certifies that he has conferred with defense counsel, James H. Juliussen, Esq., and that counsel jointly report as follows:

   1. Discovery is complete;

   2. The remaining issue in this action concerns the plaintiff's complaint for overtime pay.

3. It is believed that this issue must be resolved by trial or by settlement[1] and that there are no outstanding procedural or legal issues which are deemed appropriate for resolution by motion.

4. Settlement has begun to be explored.  Settlement negotiations have commenced.  The parties recommend that, for the next 30 days, no settlement conference with another judge be scheduled until numbers have been offered and responded to or exchanged and, if possible, agreed upon.  The parties intend to have active consideration and discussion about settlement numbers in that interim.  Even if they should fail to settle the matter, their work towards settlement might augment a later mediated effort.

5. Alternate trial dates suggested by counsel, in the event that settlement is not achieved, are the week of January 28, 2008, or the week of February 4, 2008. (It is to be noted that Mr. Juliussen has a major trial scheduled to begin later in February that is not expected to resolve without trial).

---

[1] The undersigned respectfully calls attention of the court and opposing counsel to the decision on June 11, 2007, by the Supreme Court of the United States, in *Long Island Care at Home, Ltd v. Coke*, 2007 WL 1661472 (U.S.) although the undersigned believes that the cited case concerns only overtime wages claimed by a provider of "companionship services" in a client's household.

*[305-cv-230  Certificate of Readiness for Trial, <u>Estes v. HCR, Inc.</u>], page 2*

DATED June 13, 2007.

                                                        _____
                                                        Joe P. Josephson
                                                        Attorney for Plaintiff
                                                        Josephson & Associates, P. C.
                                                        912 W. 6th Avenue
                                                        Anchorage, Alaska  99501
                                                         (907) 276-0151
                                                        (907) 276-0155 [facsimile]
                                                         Alaska Bar No. 6102108

Certificate of Service:

    On June 13, 2007, I certify that a true
Copy of this document was mailed and
Sent by facsimile to James H. Juliussen,
Esq., at Davis Wright Tremaine, LLP,
701 West 8th Avenue, Suite 800,
Anchorage, Alaska 99501 [fax no. 257-5399].


_____
Attorney for Plaintiff

[305-cv-230 Certificate of Readiness for Trial, <u>Estes v. HCR, Inc</u>.], page 3