## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*DAVID EDADES V. HCR, INC., et al.,*
Case No. 3:05-cv-0230 TMB

By:                    THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:        ORDER FROM CHAMBERS

The complaint in this case was filed in September, 2005. On June 14, 2007, at Docket [30] the parties certified this case ready for trial. Discovery is complete and the only outstanding issue must be resolved by trial or settlement. The parties suggest setting trial in January or February of 2008.

The Court is not willing to postpone resolving this matter for the seven to eight months suggested by the parties. No jury has been requested. Neither have the parties requested assistance in regard to settlement.

**IT IS HEREBY ORDERED:** Trial will begin on August 22, 2007 at 9:00 a.m. in Courtroom 1 before Judge Timothy M. Burgess. A pretrial order outlining pretrial deadlines will issue.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: June 25, 2007.