James H. Juliussen
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Attorneys for Hope Community Resources, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DAVID EDADES,                          )
                                       )
                    Plaintiff,         )
                                       )
vs.                                    )        Case No. 3:05-cv-00230-(TMB)
                                       )
HCR, INC., doing business as HOPE      )
COMMUNITY RESOURCES, and               )
HOPE COTTAGES,                         )
                                       )        JOINT MOTION TO VACATE
                    Defendant.    .    )        PRE-TRIAL SCHEDULING ORDER
_____)

The parties hereby move the court for an order vacating the pre-trial scheduling

order that was entered by the court on June 29, 2007, and further move the court to

remove this matter from the court's trial calendar. The parties certify that a settlement

has been reached that will resolve all issues in this case. Once the terms of the parties'

agreement are reduced to a mutually acceptable written settlement agreement, the

agreement will be sent to plaintiff Davis Edades, who currently resides in the Philippines,

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

for signature.  Immediately after Mr. Edades signs and returns the settlement agreement,

the parties will file an appropriate stipulation for dismissal with the court.

Dated this 13th day of July, 2007.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Hope Community Resources, Inc.

By:    /s/ James H. Juliussen
         701 W 8th Avenue, Suite 800
         Anchorage, Alaska 99501
         Phone: (907) 257-5300
         Fax: (907) 257-5399
         jimjuliussen@dwt.com
         ABA: 9211082

JOSEPHSON & ASSOCIATES, P.C.
Attorney for Plaintiff

By:    /s/ Joe P. Joesphson (consented)
         912 W 6th Avenue
         Anchorage, Alaska 99501
         Phone: (907) 276-0151
         Fax: (907) 276-0155
         jjosephson@aol.com
         ABA: 6102108

Certificate of Service

I certify that on 13th day of July, 2007, a true
and correct copy of the foregoing document was served
electronically on the following:

    Joseph P. Josephson

    /s/  Kris Hamann

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska  99501
(907) 257-5300 · Fax: (907) 257-5399

MOTION TO VACATE                    - 2
*Edades v. HCR, Inc.*, Case No. 3:05-CV-00230-(TMB)
153320v1 23564-60