James H. Juliussen
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Attorneys for Hope Community Resources, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID EDADES,<br><br>            Plaintiff,<br><br>vs.<br><br>HCR, INC., doing business as HOPE COMMUNITY RESOURCES, and HOPE COTTAGES,<br><br>            Defendant. | Case No. 3:05-cv-00230-(TMB)<br><br><u>STIPULATION FOR DISMISSAL</u> |

Pursuant to Fed. R. Civ. P41(a)(1), plaintiff David Edades and defendant Hope Community Resources, Inc., stipulate and agree that this Action, including without limitation all claims that were or could have been asserted in this Action, shall be dismissed in their entirety with prejudice, each party to bear its own attorney fees and costs.

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501 ·
(907) 257-5300 · Fax: (907) 257-5399

Dated this 14th day of August, 2007.

          DAVIS WRIGHT TREMAINE LLP
          Attorneys for Hope Community Resources, Inc.

By:   /s/ James H. Juliussen
       701 W 8th Avenue, Suite 800
       Anchorage, Alaska 99501
       Phone: (907) 257-5300
       Fax: (907) 257-5399
       jimjuliussen@dwt.com
       ABA: 9211082


JOSEPHSON & ASSOCIATES, P.C.
Attorney for Plaintiff

By:   /s/ Joe P. Josephson (consented)
       912 W 6th Avenue
       Anchorage, Alaska 99501
       Phone: (907) 276-0151
       Fax: (907) 276-0155
       jjosephson@aol.com
       ABA: 6102108

Certificate of Service

I certify that on 14th day of August, 2007, a true
and correct copy of the foregoing document was served
electronically on the following:

    Joseph P. Josephson

    /s/ Kris Hamann

STIPULATION FOR DISMISSAL    - 2
*Edades v. HCR, Inc.*, Case No. 3:05-CV-00230-(TMB)
153292v1 23564-60