James H. Juliussen
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Attorneys for Hope Community Resources, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID EDADES,<br><br>          Plaintiff,<br><br>vs.<br><br>HCR, INC., doing business as HOPE COMMUNITY RESOURCES, and HOPE COTTAGES,<br><br>          Defendant. | Case No. 3:05-cv-00230-(TMB)<br><br>(PROPOSED) ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE |

The parties' stipulated motion to dismiss this Action in its entirety with prejudice, each party to bear its own attorney fees and costs is hereby GRANTED.

Dated this _____ day of _____, 2007

_____
The Honorable Timothy M. Burgess

Certificate of Service

I certify that on 14th day of August, 2007, a true and correct copy of the foregoing document was served electronically on the following:

    Joseph P. Josephson

    /s/ Kris Hamann

STIPULATION FOR DISMISSAL    - 2
*Edades v. HCR, Inc.*, Case No. 3:05-CV-00230-(TMB)
153292v1 23564-60