IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAVID EDADES, ) <br> ) <br>    Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HCR, INC., doing business as HOPE ) <br> COMMUNITY RESOURCES, and ) <br> HOPE COTTAGES, ) <br> ) <br>    Defendant. ) <br> ) | Case No. 3:05-cv-00230 TMB <br><br> ORDER GRANTING <br> STIPULATION FOR DISMISSAL <br> WITH PREJUDICE |

  The parties' Stipulated Motion to Dismiss this Action in its entirety with prejudice, each party to bear its own attorney fees and costs is hereby GRANTED. The Final Pretrial Conference previously set for August 17th and the trial date of August 22, 2007 are hereby VACATED.

  Dated this 16th day of August, 2007

             /s/ Timothy M. Burgess
             TIMOTHY M. BURGESS
             U.S. DISTRICT JUDGE